**LEAK, D.**

v.

**Laterese COWELL, et al.**

**794 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

4319, March Term, 2014
(Philadelphia)

Affirmed

**COM.**

v.

**ATKINSON, D.**

**1562 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

MC–51–CR–0001158–2013 (Philadelphia)

Affirmed

**COM.**

v.

**HARDING, R.**

**1697 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–51–CR–0011285–2014
(Philadelphia)

Affirmed

**COM.**

v.

**RUTLEDGE, D.**

**2038 EDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–51–CR–0013043–2008
(Philadelphia)

Affirmed